# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### LEXINGTON

JUSTIN PARSONS, AS GUARDIAN OF, )
JAYDEN PARSONS, A MINOR )
 )
  **Plaintiff,** )
 ) **CIVIL ACTION NO.  5:22-cv-00042-DCR**
 **v.** )
 )
THE LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
 )
  **Defendant.** )

## JOINT MOTION TO STAY PROCEEDINGS

Come the Plaintiff Justin Parsons, as Guardian of Jayden Parsons, A Minor ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") and file this Joint Motion to Stay Proceedings show the Court as follows:

1. Plaintiff filed his Complaint on February 10, 2022, and Lincoln removed the lawsuit to this Court on March 1, 2022.  Accordingly, Lincoln must file its Answer or otherwise respond by March 8, 2022.

2. This suit alleges a claim for recovery of accidental death life insurance benefits under an ERISA-governed employee benefit plan pursuant to 29 U.S.C. §1132(a)(1)(B).[1]  The insurance policy provides for a second level appeal, and Plaintiff has recently submitted a second-level appeal that is now being considered by Defendant.  As such, the parties desire to save the Court's and the parties' resources to litigate the issues pertaining to the AD&D portion of the life claim should Lincoln overturn its decision during the 2nd level appeal process.

---

[1] Plaintiff alleges, in the alternative, that if it is determined through this litigation that the insurance policy at issue is not governed by ERISA, a state law claim for breach of contract.

3.     Accordingly, the parties request that the Court enter an Order staying the proceedings in this matter for 60 days to allow for completion of the administration of the life claim by Defendant, and if necessary, the exhaustion of the administrative process.

4.     The parties will file a joint status report to the Court concerning the status of the LTD claim no later than April 25, 2022.

**PRAYER**

WHEREFORE, the Parties requests that the Court enter an order extending Defendant's answer deadline and staying proceedings in the above-styled action until May 9, 2022, and requiring the Parties to file a Joint Status Report on or before April 25, 2022.

Respectfully submitted, this 4th day of March 2022.

By:  */s/ Philip G. Fairbanks*
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

By:  /s/ Iwana Rademaekers
IWANA RADEMAEKERS (Texas Bar #16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Philip G. Fairbanks
Email:  pgf@austinmehr.com

Elizabeth A. Thornsbury
Email:  elizabeth@austinmehr.com

| | |
|---|---|
| March 4, 2022 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |