UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JUSTIN PARSONS, as guardian of JAYDEN PARSONS, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 22-042-DCR |
| V. | ) ) ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have filed a joint motion to stay this matter, pending the disposition of a "second level appeal" recently submitted by Plaintiff Justin Parsons.  [Record No. 7]  In support, they argue that a stay would "save the Court's and the parties' resources to litigate the issues pertaining to the [accidental death] portion of the life claim should Lincoln overturn its decision during the . . . appeal."  [*Id.*, p. 1]

However, while one of the claims at issue in this matter *might* be resolved during a stay, that does not constitute a reason to stay this entire action.[1]  Judicial economy is not served by unnecessary delays, and the parties have not shown that a stay would ultimately speed resolution of the remaining claims in this matter.  Further, the parties have failed to make out a clear case of hardship or inequity in being required to go forward.  As a result, it is hereby

**ORDERED** that the parties' joint motion to stay [Record No. 7] is **DENIED**.

---

[1]   There is no reason that the parties cannot pursue the second level appeal concurrently with this action.  If Lincoln overturns its decision on appeal, the parties may file a joint motion to dismiss the relevant portion of this action at that time.

- 1 -

- 2 -

Dated: March 4, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky