**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | |
|---|---|
| JUSTIN PARSONS, AS GUARDIAN OF, ) <br> JAYDEN PARSONS, A MINOR ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> THE LINCOLN NATIONAL LIFE ) <br> INSURANCE COMPANY, ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION NO. 5:22-cv-00042-DCR** |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Justin Parsons, as Guardian of Jayden Parsons, A Minor ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. However, as Plaintiff is a court-appointed guardian of a minor beneficiary, Plaintiff must seek approval of the settlement from the Commonwealth of Kentucky Fayette District Court, Probate Division, prior to stipulating to the dismissal of this action. Accordingly, the Parties request the Court allow sixty (60) days to file an Agreed Order of Dismissal or, if unable to file the Agreed Order of Dismissal within that time frame, a joint report regarding the status of Plaintiff's approval request to the Probate Court.

Respectfully submitted, this 14th day of June 2022.

By: */s/ Philip G. Fairbanks*
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr, Fairbanks & Peterson**

**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*


and


By:    /s/ Iwana Rademaekers
IWANA RADEMAEKERS (Texas Bar #16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com
*Counsel for Defendant*


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Philip G. Fairbanks
Email:  pgf@austinmehr.com

Elizabeth A. Thornsbury
Email:  elizabeth@austinmehr.com

June 14, 2022                       /s/ Iwana Rademaekers
Date                                Iwana Rademaekers