**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | |
|---|---|
| JUSTIN PARSONS, AS GUARDIAN OF, )<br>JAYDEN PARSONS, A MINOR ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.  5:22-cv-00042-DCR** |
| **v.** ) | |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| **Defendant.** ) | |

**AGREED ORDER OF DISMISSAL**

The parties having agreed to settle this matter, the Plaintiff having received approval from Fayette District Court to finalize the settlement and dismiss this action, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the action is dismissed, with prejudice, each party to bear its own costs.

Agreed to by:

By:    */s/ Philip G. Fairbanks*
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

By:    /s/ Iwana Rademaekers
IWANA RADEMAEKERS (Texas Bar #16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com
*Counsel for Defendant*